IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **DONOVAN CASTLEBERRY,** | : | **PRISONER CIVIL RIGHTS** |
| Plaintiff, | : | **42 U.S.C. § 1983** |
| | : | |
| v. | : | |
| | : | |
| **UNNAMED DEFENDANT,** | : | **CIVIL ACTION NO.** |
| Defendant. | : | **1:14-CV-1944-TWT-AJB** |

**UNITED STATES MAGISTRATE JUDGE'S
FINAL REPORT AND RECOMMENDATION**

The matter is before the Court on Plaintiff's letter-motion in which he states that he wishes to dismiss this action. [Doc. 3.] For good cause shown, it is **RECOMMENDED** that Plaintiff's motion, [*id.*], be **GRANTED** and that this action be **DISMISSED** without prejudice. The Clerk of Court is **DIRECTED** to withdraw the referral to the Magistrate Judge.

**IT IS SO RECOMMENDED and DIRECTED**, this 11th day of September, 2014.

ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)